The People of the State of Illinois, defendant in error, v. Sam Hunt, plaintiff in error.   Gen. No. 35,691.

Opinion filed March 28, 1932.
John H. Johntry and Robert Mendelson, for plaintiff in error.   John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Union Bank of Chicago, guardian of the estate of Benjamin Miller, a minor, appellee, v. City of Chicago, appellant.   Gen. No. 35,456.

Opinion filed April 5, 1932.
William H. Sexton, Corporation Counsel, and Alexander M. Smie-tanka, City Attorney, for appellant; Charles M. McDonnell and Kathryn M. Barasa, Assistant City Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel.   Eugene Cohen, for appellee; Murphy O. Tate, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Sadie Botkowsky, appellee, v. Flamingo Hotel Company, appellant. Gen. No. 35,474.

Opinion filed April 5, 1932.
Brown, Fox & Blumberg, for appellant; Jacob Logan Fox, of counsel.   Weissenbach, Hartman, Craig & Okin, for appellee; Harry Okin, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.